UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

---

**JESSICA MARTIN, ET AL.,**                **JUDGMENT IN A CIVIL CASE**

    **Plaintiffs,**

**vs.**

**BETTER WORLD PROPERTIES LLC, ET AL.,**   **CASE NO: 23-1019-STA-jay**

    **Defendants.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS** entered on November 8, 2023, this cause is hereby DISMISSED.

    APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT JUDGE**

**DATE: 11/8/2023**                        Wendy R. Oliver
                                           Clerk of Court

                                           s/Maurice B. BRYSON

                                           (By)   Deputy Clerk